

FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 533-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine (Felony) |
| ADALBERTO ANGULO-NUNEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about January 27, 2008, within the Southern District of California, defendant ADALBERTO ANGULO-NUNEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 35.60 kilograms (78.32 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 27, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:Imperial