AO 455(Rev 5/83) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ADALBERTO ANGULO-NUNEZ

**WAIVER OF INDICTMENT**

08cr533 JLS

CASE NUMBER: 2:08-mj-06070

I, ADALBERTO ANGULO-NUNEZ , the above named defendant, who is accused of

committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on **2-27-08** prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

*Adalberto Angulo*
Defendant

*for Jerry Kaplan*
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**

FEB 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY