1  JERRY KAPLAN, ESQ., Bar No.: 49142
   JOSEPH BENINCASA, ESQ., Bar No. 251347
2  KAPLAN, KENEGOS & KADIN
   9150 Wilshire Blvd., Suite 175
3  Beverly Hills, Ca 90212
   Telephone: (310) 859-7700
4  _____
   Attorneys for Defendant
5  ADALBERTO ANGULO-NUNEZ

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA, )     CASE NO. 3:08-cr-00533-JLS-1
                             )
11           Plaintiff,      )     EX PARTE MOTION FOR CONTINUANCE
                             )     OF SENTENCING HEARING OF JUNE
12                           )     20, 2008; MEMORANDUM OF POINTS
                             )     AND AUTHORITIES; AFFIDAVIT
13      vs.                  )     OF JERRY KAPLAN, ESQ.
                             )
14 ADALBERTO ANGULO-NUNEZ,   )
                             )
15           Defendant.      )
   _____)

16

17      Defendant ADALBERTO ANGULO-NUNEZ ("Defendant"), by and

18 through his counsel Jerry Kaplan, submits this Ex Parte Motion

19 for continuance of his sentencing hearing from June 20, 2008, to

20 July 25, 2008.

21      This motion is based on the following facts:

22      1. Defendant's counsel, Jerry Kaplan, has been in trial for

23 two different cases, a complex child molestation case in

24 Sacramento and a 1.7 million dollar fraudulent conveyance suit,

25 over the last two weeks ending on May 29, 2008.  He is scheduled

26 to begin another trial for rape of a minor under 14 on June 10,

27 2008 in Murietta, CA, for which he must do extensive preparation.

28 He will therefore not have time to prepare an adequate defense

for Defendant at Sentencing.

2. Mr. Kaplan is scheduled for a sentencing hearing in Sacramento, CA, on the same day as he is scheduled to appear for sentencing in the above captioned case in San Diego, CA - June 20, 2008. Not only will Mr. Kaplan not have enough time to prepare for both sentencings, it is physically impossible for him to be in both places at once.

3. In order to adequately prepare for the sentencing hearing of Defendant, Mr. Kaplan must meet with his client in prison with an interpreter, represent him in a safety valve meeting on June 11, 2008, prepare and file a sentencing memorandum with objections to the Presentence Report, and gather character reference letters. The facts of this case subject Defendant to multiple downward and upward adjustments to his sentence. Defendant has pled guilty to a serious felony with a possible sentence of over 10 years in prison. It is imperative to his defense that Mr. Kaplan be afforded time to adequately prepare for Defendant's sentencing hearing.

4. This is the first continuance Defendant has requested in this case and is not an attempt to unreasonably or in bad faith delay the proceedings. The Assistant United States Attorney, Greg Noonan, does not oppose the continuance on any legal grounds, but simply because it is his office's policy to deny requests for stipulated continuances because of jail overcrowding.

5. Mr. Kaplan will be physically exhausted from preparing and attending three trials in a short period of time, and will be taking vacation to Israel from June 23, 2008, through July 5,

-2-

1  2008.  A continuance to July 25, 2008, will allow him time to
2  adequately prepare for the sentencing hearing without causing
3  unreasonable delay in the disposition of this case.
4       The Motion is based upon the attached Memorandum of Points
5  and Authorities, the attached declaration of Jerry Kaplan, the
6  documents on file, and any additional oral and documentary
7  evidence and argument that may be submitted to the Court.
8
9  Dated: May 30, 2008                    KAPLAN, KENEGOS & KADIN
10
11                                        By: _____
                                              JERRY KAPLAN,
12                                            Attorney for
                                              Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MEMORANDUM OF POINTS AND AUTHORITIES

I.

STATEMENT OF FACTS

Defendant ADALBERTO ANGULO-NUNEZ ("Defendant") pleaded guilty to a one count information of 21 U.S.C. §§ 952 and 960 (Importation of Cocaine) on March 12, 2008. United States Probation Officer Cynthia Hernandez submitted her presentence report on May 14, 2008, which recommended a 120 month sentence - 50 months higher than contemplated in the plea agreement. After completing two weeks of trial for two different cases, Defendant's attorney, Jerry Kaplan, was able to review the presentence report and immediately contacted the Assistant United States Attorney, Greg Noonan, and requested a stipulated request for continuance. Mr. Noonan declined the request on May 30, 2008.

II.

THE COURT SHOULD GRANT DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING HEARING TO ALLOW DEFENDANT'S ATTORNEY TIME TO PREPARE AN ADEQUATE DEFENSE.

The U.S. Supreme Court, in Ungar vs. Sarafite, 376 U.S. 575, 589 (1964), held that while a trial court is granted broad discretion to determine whether a continuance should be granted, "Contrariwise, a myopic insistence upon expeditiousness in the face of a justifiable request for delay can render the right to defend with counsel an empty formality." The court should look to the reasons for the request when determining whether to grant a continuance. Carlson v. Jess, 507 F.Supp.2d 968, 977 (E.D.

1  Wis. 2007).
2      The Defendant faces a significant prison sentence in the
3  case at bar.  Defense counsel requests a continuance for the
4  first time in this proceeding not to unreasonably delay, but to
5  adequately prepare to represent the Defendant at the sentencing.
6  Denying a reasonable continuance would severely prejudice the
7  defendant's right to adequate counsel.
8      Additionally, Mr. Kaplan is scheduled for a sentencing
9  hearing on the same day in San Diego, CA.  It is literally
10 impossible for Mr. Kaplan to be in two places at once.  He will
11 be unable, therefore, to provide adequate defense to Defendant.
12
13                          CONCLUSION
14     Based on the foregoing, Defendant respectfully requests this
15 Court to grant his motion to continue the sentencing hearing to
16 July 25, 2008.
17
18 Dated: May 30, 2008                      KAPLAN, KENEGOS & KADIN
19
20                                         By: _____
21                                             JERRY KAPLAN
22                                             Attorney for
                                            Defendant
23
24
25
26
27
28

DECLARATION OF JERRY KAPLAN

I, Jerry Kaplan, declare:

1. I am the counsel of record for the defendant in the above-captioned matter. I am located in Beverly Hills California.

2. I have personal knowledge of all facts set forth below and if called to testify thereto, I could and would do so competently.

3. I have been in trial for two different cases in two different cites for over two weeks ending May 29, 2008.

4. I am scheduled to begin another trial on June 10, 2008, that will require extensive preparation.

5. I am scheduled to be at the sentencing of another case in Sacramento on the same day as the sentencing hearing for the case at bar in San Diego, June 20, 2008.

6. I have not finished preparations for the complex sentencing hearing for the case at bar, including preparing objections and a sentencing memo in response to the Probation Officer's presentence report, acquiring an interpreter and and meeting with my client in custody in San Diego, attending a safety valve meeting on June 11, 2008, and gathering character reference letters to present at the hearing.

7. I will be in Israel on vacation from June 23, 2008, to July 5, 2008.

8. Assistant United States Attorney Greg Noonan stated that he does not object to a continuance for legal reasons, but solely because his office does not stipulate to continuance requests as

- 6 -

1  a matter of policy.
2      9. I will be unable, physically and mentally, to provide
3  Defendant with an adequate defense in the sentencing hearing
4  presently scheduled for June 20, 2008.

6      I declare under penalty of perjury under the laws of the
7  United States that the foregoing is true and correct.  Executed
8  on May 30, 2008, at Beverly Hills, California.

                                    _____
                                    JERRY KAPLAN, ESQ.

**Certificate of Service**

I hereby certify that on _____June 2, 2008_____ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101

- 8 -