UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08-CR-0533-JLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ADALBERTO ANGULO-NUNEZ ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____) | |

ORDER

Comes now Defendant ADALBERTO ANGULO-NUNEZ, by attorney Jerry Kaplan, having filed his Motion to Continue Sentencing hearing.

And the Court, having read Defendant ADALBERTO ANGULO-NUNEZ Motion to Continue Sentencing Hearing, finds said Motion should be GRANTED for good cause.

IT IS THEREFORE ORDERED that the June 20, 2008 sentencing hearing presently set in this case be continued to the 25th day of July, 2008.

DATED: June 4, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge