1  JERRY KAPLAN, ESQ., Bar No. 49142
   JOSEPH BENINCASA, ESQ., Bar No. 251347
2  KAPLAN, KENEGOS & KADIN
   Attorneys at Law
3  9150 Wilshire Boulevard, Suite 175
   Beverly Hills, California 90212
4
   Telephone:  (310) 859-7700
5
   Attorneys for Defendant
6  ANGULO-NUNEZ, ADALBERTO

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 08-cr-00533-001
                                  )
12                    Plaintiff,  )   DEFENDANT'S SUPPLEMENTAL TO
                                  )   SENTENCING MEMORANDUM
13 vs.                            )
                                  )
14 ANGULO-NUNEZ, ADALBERTO        )
                                  )
15                    Defendant.  )
   _____)
16
        Defendant, ANGULO-NUNEZ, ADALBERTO, submits this
17
   Supplemental to his Sentencing Memorandum.  Defendant
18
   inadvertently attached letters of reference written in Spanish
19
   without translations.  Three letters in Spanish (Exhibits A, B,
20
   and C) are attached with English Translations.  Two letters in
21
   English (Exhibits D and E) are also attached.
22
        Defendant apologizes to the Court and respectfully requests
23
   that this supplemental be included as an addendum to the
24
   Defendant's Sentencing Memorandum.
25
   Dated: July 17, 2008              KAPLAN, KENEGOS & KADIN
26

27
                                     By:_____/s/_____
28                                        JERRY KAPLAN
                                          Attorney for Defendant
                                          ANGULO-NUNEZ, ADALBERTO

**Certificate of Service**

I hereby certify that on _____July 17 , 2008_____ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101

- 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

   I am employed in the county of Los Angeles, State of California.  I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, Ca 90212.

   On July 16, 2008 I served the foregoing documents described as DEFENDANT'S SUPPLEMENTAL TO SENTENCING MEMORANDUM on the parties in this action by placing a copy thereof in sealed envelope addressed as follows:

Cynthia Hernandez
U.S. Probation Office
101 W. Broadway, #700
San Diego, Ca 92101

[x]   BY MAIL

[x]   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day at Beverly Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   (Federal)   I declare under that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   EXECUTED on July 16, 2008 at Beverly Hills, California.

                            /s/
                         Maria Sandoval

- 3 -