EXHIBIT "A"

Pob. Lic. Benito Juarez.
Junio 02/2008.

A quien Corresponda:

La que suscribe Evelia López Villanuel, con domicilio en Av. Vicente Guerrero #144, en el Pob. Lic. Benito Juarez, Mexicali, Baja California, me permito Informar que conozco al Sr. Adalberto Angulo Nuñez, desde desde aproximadamente 15-20 años y lo puedo recomendar como una persona honesta, respetuosa y con una calidad de moral intachable, ya que he sido vecina de su familia por un poco mas de 30 años.

Asi misma, puedo recomendar a su Esposa Francisca Rios ya que se ha desempeñado como Comerciante en una tiendita de abarrotes de igual manera a cada integrante de su familia.

Sin otro en particular y para cualquier otra informacion acerca de esta honorable familia le proporciono mi telefono particular (658) 517-46-33

Atte.

*(firma)*

Evelia López Villanuel

June 02,2008
Pob. Lic. Benito Juarez

To whom it may concern,

I Evilia Lopez Villarruel with the address Av. Vicente Guerrero # 144 Pob. Lic. Benito Juarez, Mexicali , Baja California. I want to inform that I know Mr. Alderbrto Angulo Nunez for approxamently 15 to 20 years, and I can recommend him as a honest, respectful and with untouchable morals. Now that I have been a neighbor for more than 30 years.

The same way I can say about his wife Francisca Rios who is a merchant to a small grocery store, and that is how she takes care of the Family.

For any other information that I may give regarding this Honorable family please contact me at (658)517-4633

Attention
Evelia Lopez Villarruel

EXHIBIT "B"

Ej. Tehuantepec BC.
Junio 02 DE 2008

A quien Corresponda.

Mi nombre es ISAIAS TISCAREÑO AYALA. con domicilio conocido Ejido Tehuantepec Parcela #03 Mexicali B.C.
Tengo abian recomendar al señor ADALBERTO ANGULO NUÑEZ. ya que tengo conociendolo desde hace ya "20" años Aproximadamente y lo cual siempre siempre ha demostrado ser una persona honesta, Responsable, trabajadora dedicado a su esposa y a sus hijos los cuales son jovenes de bien dedicados al estudio ya que ellos siempre han recibido buen ejemplo y dedicación a sus padres. Caracteristicas que adalberto ha demostrado siempre durante los años que tengo de conocerlo ya que pertenecemos a lo mismo familia. siendo el esposo de mi cuñada.

ATT
Isaias Tiscareño AYALA.

Para cualquier información Comuniquese al telefono. (686) 211-5601

June 02, 2008
Ej. Tahuantepec. B.C.

To whom it may concern,

      My name is Isaias Tiscareno Ayala and my address is Ejedo Tehuantepec Apartment # 3 Mexicali B.C.

      I also want to recommend Mr. Adalberto Angulo Nunez now that I have known him for approxamently over 20 years. For which he has always, always shown to be a person to be honest, responsible, hard worker, and a person dedicated to his wife and to his kids. Who are dedicated to their studies. And that is because of the devotion and dedication from there parents. Characters that has been shown over the years from the time that I have known him , and also that is because we come form the same family. He is the Husband to my Sister-In-Law.

Attn:
Isaias Tiscareno Ayala

For any information you may contact me Telphone (686)211-2601

EXHIBIT "C"

03 de Junio del 2008

Melecio Sarabia
Isidora sarabia
11608 Painter ave
Whittier, CA 90605

Aquien corresponda

ASUNTO: Carta de referencia

Esta carta la estoy escribiendo para hacerles sabes que conocemos a ADALBERTO ANGULO NUNEZ Desde que nacio, lo que podemos decir de el, es que es una persona querida por toda su familia Amigos y amistades, por ser hamable honesto y que siempre ha trabajado para que sus hijos puedan estudiar y tambien ayuda mucho a su madre...

Si tienen alguna pregunta por favor llame a (562) 946-3803

Melecio Sarabia          Isidora Sarabia
_[signature]_             _[signature]_

June 3, 2008

Melecio sarabia
Isidora sarabia
11608 Painter Ave
whittier, Ca 90605

Regarding: Reference letter

To whom it may concern,

      This letter that I am writing is to let you know that I know Adalberto Angulo Nunez since the time of his birth, and for which that I can say about him is that he is a loving and loved from his Family, friends, and acquaintances. For being a Honest and always a hard worker so that his kids
can go to school and help his mother.

      If you have any questions please call (562)946-3803


Melecio Sarabia                Isidro sarabia

EXHIBIT "D"

Tuesday, June 03, 2008

**To whom corresponds**

From: Carmen Prieto

RE: Adalberto Angulo Nuñez recomendation letter

Dear Sr.

My name is Carmen Prieto, and I am writing this letter regarding my concepts about Mr. Adalberto Angulo Nuñez. I have known him since we were little, we grew up together I know his family and I would like to say that, he is a great person, dedicated father and an excellent husband.

Since I remember he has been a very good and hard working person, he does care for all of his family that includes, his wife and kids; his mom, sisters, brothers and the rest of his family and friends.

Any questions you might have please call me at my tel. # (323) 819-2649

*Carmen Prieto*
Carmen Prieto

EXHIBIT "E"

June 01, 2008

**To whom corresponds**

RE: Reference Letter for Adalberto Angulo Núñez

Dear Sr.

My name is Mario A. Castillo and I am writing this letter about a good friend of mine, I would like to tell you, that he is an excellent person, I have known him for many years, and since I remember he has been a very good friend to me and my family.

A hard working man. And as far as I know, a great father and husband.

Any questions you might have, please do not hesitate to contact me at my telephone number below

(714)309-1047

X _____
Mario A. Castillo